IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **Case No. 5:14cr00009** |
| v. | ) | |
| | ) | |
| **JAMES W. GHEEN,** | ) | |
|     Defendant. | ) | |
| | ) | |
| | ) | **By:   Michael F. Urbanski** |
| | ) | **United States District Judge** |

## ORDER

The court referred this case to United States Magistrate Judge Joel C. Hoppe for conduct of a plea hearing and plea colloquy under Rule 11 of the Federal Rules of Criminal Procedure pursuant to 28 U.S.C. § 636(b)(3).

The magistrate judge filed a report and recommendation on October 8, 2014 recommending that defendant's plea of guilty to Count One of the Indictment be accepted. No objections were filed by either party to the report and recommendation, and the court is of the opinion that the report and recommendation should be adopted in its entirety. Accordingly, it is **ORDERED** that said report and the findings and recommendation contained therein are hereby **ACCEPTED IN WHOLE,** defendant's plea of guilty to Count 1of the Indictment and plea agreement are **ACCEPTED**, and the defendant is adjudged **GUILTY** of Count 1 of the Indictment.

It is so **ORDERED**.

        Entered:  October 30, 2014

*Michael F. Urbanski*

        Michael F. Urbanski
        United States District Judge